UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| JARETT HAWKINS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SHIMANO NORTH AMERICA BICYCLE, INC., SHIMANO NORTH AMERICA HOLDING, Inc., and SPECIALIZED BICYCLE COMPONENTS, INC.,<br><br>Defendants. | Lead Case No. 8:23-cv-02038-JVS(JDEx)<br><br>Consolidated with 8:23-cv-02174-JVS(JDEx)<br><br>**CONSOLIDATION ORDER [22]**<br><br>Judge:  Hon. James V. Selna |
| JOSE ERAZO, KEVIN LITAM, MAURICE SCORSOLINI, and MARCUS LEWIS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SHIMANO NORTH AMERICA BICYCLE, INC., SHIMANO NORTH | |

| |
|---|
| AMERICA HOLDING, Inc., SPECIALIZED BICYCLE COMPONENTS, INC, and TREK BICYCLE CORPORATION,<br><br>        Defendants. |

## CONSOLIDATION ORDER

THE PARTIES' CONSOLIDATION STIPULATION IS APPROVED. All future pleadings shall be made in the lead case number only. [8:23-cv-02038-JVS(JDEx)]

IT IS SO ORDERED.

Dated:  December 12, 2023

_____
Hon. James V. Selna
United States District Judge