# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| In re: Shimano Crankset Litigation, | Case No. 8:23-cv-02038-JVS (JDEx) <br><br> **ORDER RE STIPULATED PROTECTIVE ORDER** <br><br> District Judge: Hon. James V. Selna <br> Magistrate Judge: Hon. John D. Early |

**FOR GOOD CAUSE SHOWN**, the Court hereby approves the parties' Stipulated Protective Order (Dkt. 108).

**IT IS SO ORDERED.**

DATED: January 10, 2025

_____
JOHN D. EARLY
United States Magistrate Judge

ORDER