ROLAND TELLIS (SBN 186269)
rtellis@baronbudd.com
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Telephone: (818) 839-2333

*Counsel for Plaintiffs and Interim Co-Lead Class Counsel*

(Other counsel identified on signature page)

GREGORY P. STONE (SBN 78329)
gregory.stone@mto.com
L. ASHLEY AULL (SBN 257020)
ashley.aull@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 S. Grand Avenue, 50th Floor
Los Angeles, California 90071
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Counsel for Defendants*

(Other counsel identified on signature page)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| In re: Shimano Crankset Litigation | Case No. 8:23-cv-02038-JVS (JDEx) <br><br> **JOINT REPORT OF ALL PARTIES REGARDING THE STATUS OF SETTLEMENT AND REQUEST TO PARTIALLY LIFT TEMPORARY STAY** <br><br> Judge: Hon. James V. Selna <br> Courtroom 10C |

Pursuant to the Court's order dated April 1, 2025, Plaintiffs Steven Adelman, Jose Delgado, Jose Erazo, Dave Gonyer, Jarett Hawkins, Christopher Jennings, Moussa Kouyate, Marcus Lewis, Kevin Litam, Maurice Scorsolini, Dimitri Semizarov, and Mike Tirado ("Plaintiffs"), together with Defendants Shimano North America Bicycle, Inc., Shimano North America Holding, Inc., Specialized Bicycle Components, Inc., Trek Bicycle Corporation, and Giant Bicycle, Inc. ("Defendants") (collectively with Plaintiffs, the "Parties"), respectfully submit the following joint report regarding the status of settlement efforts.

Since the Parties last submitted a joint report, the Parties have finalized and executed a settlement agreement. Per its terms, Shimano North America Bicycle, Inc. and Shimano North America Holding, Inc. ("Shimano") submitted relevant portions of the agreement to the U.S. Consumer Product Safety Commission ("CPSC") for the agency's review and approval. The CPSC approved those materials on May 12, 2025.

On May 22, 2025, the Court granted counsel's motion to withdraw as counsel for Mr. Sielski. Dkt. No. 120.

Following the CPSC's approval, the settlement agreement calls for Plaintiffs to file a Second Amended Complaint and a motion for preliminary approval of the settlement. Plaintiffs anticipate filing the Second Amended Complaint no later than June 6, 2025. The Parties are also working to engage a settlement administrator. Plaintiffs anticipate filing a motion for preliminary approval no later than June 30, 2025.

Accordingly, the Parties respectfully request that the Court lift the stay to the extent necessary to allow Plaintiffs to file a Second Amended Complaint; to allow Plaintiffs to file a motion for preliminary approval; and to allow all filings and other steps necessary or appropriate to provide notice to the Settlement Class, to enable the Court to review and, if appropriate, to approve the settlement, and to

facilitate the settlement, including motions to certify the Settlement Class, to appoint counsel for the Settlement Class, and to approve Class Representatives for the Settlement Class. The stay shall remain in effect with respect to matters not necessary to obtain approval of or to facilitate the settlement. For instance, the stay, so long as it remains in effect, shall relieve Defendants of any obligation to respond to the Second Amended Complaint.

      A Proposed Order regarding this request is submitted concurrently herewith, for the Court's consideration.

Date: May 30, 2025   By: */s/ David Fernandes*
      Roland Tellis (SBN 186269)
      Sterling L. Cluff (SBN 267142)
      David Fernandes (SBN 280944)
      **BARON & BUDD, P.C.**
      15910 Ventura Boulevard, Suite 1600
      Encino, California 91436
      Telephone: (818).839-2333

      Jason L. Lichtman*
      Daniel Seltz*
      **LIEFF CABRASER HEIMANN & BERNSTEIN LLP**
      250 Hudson Street
      New York, New York 10013
      Telephone: (212) 355-9500

      Stephen G. Larson (SBN 145225)
      Andrew J. Bedigian (SBN 306978)
      **LARSON LLP**
      555 South Flower Street, 30th Floor
      Los Angeles, California 90071
      Telephone: (213) 436-4888

      *Counsel for Plaintiffs and Interim Co-Lead Class Counsel*

      *Admitted pro hac vice

| | | |
|---|---|---|
| 1 | Date: May 30, 2025 | By: */s/ Benjamin G. Barokh* |

Gregory P. Stone (SBN 78329)
L. Ashley Aull (SBN 257020)
Benjamin G. Barokh (SBN 318629)
Jason D. Weiss (SBN 340371)
**MUNGER, TOLLES & OLSON LLP**
350 S. Grand Avenue, 50th Floor
Los Angeles, California 90071
Telephone: (213) 683-9100
Facsimile: (213) 683-4011

Justin P. Raphael (SBN 292380)
Richard T. Johnson (SBN 335434)
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

*Counsel for Defendants*

**FILER'S ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2), I certify that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

By: */s/ Benjamin G. Barokh*
Benjamin G. Barokh