# EXHIBIT 1

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: Shimano Crankset Litigation | Case No.: 8:23-cv-02038-JVS(JDEx) <br><br> **DECLARATION OF RODERICK RUSSELL** |

# DECLARATION OF RODERICK RUSSELL

I, Roderick Russell, hereby declare as follows:

1. I am the owner of BG Bicycles-Pro Bicycle Shop ("BG Bike Shop") in Houma, Louisiana. BG Bike Shop sells hundreds of bicycles per year. I have owned BG Bike Shop for over ten years.

2. BG Bike Shop is an authorized Shimano dealer and sells bicycles equipped with Shimano components, including Shimano cranksets.

3. In addition to owning BG Bike Shop, I am also a licensed professional mechanic. I am certified as a Shimano Platinum STEC Technician, which, to my knowledge, is the highest level of mechanic certification offered by Shimano.

4. I service and repair hundreds of bicycles per year for BG Bike Shop customers.

5. In fall 2023, Shimano announced a major recall of its Ultegra and Dura-Ace cranksets because the bonded crank parts on the cranksets could separate, delaminate and/or break. In this declaration I refer to the cranksets affected by Shimano's 2023 recall as the "Shimano Cranksets." The separation issue is a serious safety hazard because if a crankset separates or breaks while a cyclist is riding the bicycle it can cause a crash. In other words, a bicycle's crankset is a critical component, and it is necessary for the crankset to be in good working order for the safety of the rider.

6. Prior to Shimano's announcement of the recall, I was not aware of the bonding separation and delamination issue because the Shimano Cranksets did not appear defective to the naked eye.

7. As part of the recall, Shimano advised cyclists to have their Shimano Cranksets inspected at an authorized Shimano dealer, and Shimano sent training materials to the dealers describing how to perform the inspections. BG Bike Shop is

authorized to perform the recall inspections, and I received and reviewed the training materials distributed by Shimano in connection with the crankset recall.

8. The training materials instruct mechanics to visually inspect the cranksets for signs of bonding separation or delamination. Shimano did not provide dealers any equipment to scan or image the Shimano Cranksets to identify signs of bonding separation or delamination, which is necessary to thoroughly examine the cranksets for signs of bonding separation or delamination.

9. A visual inspection is insufficient to identify the safety issue with the Shimano Cranksets. The cranksets can separate and break at any time, including in the days, weeks, or months after they "pass" the visual inspection performed in connection with the crankset recall. I am aware of a report from another bicycle mechanic that a Shimano Crankset failed shortly after it "passed" a visual inspection. Early signs of separation or delamination may not be visible to the naked eye, and, given the nature of the defect, even those Shimano Cranksets that have not yet started to visibly fail may fail at any time in the future.

10. Some bicycle mechanics follow Shimano's instructions and send cyclists back out onto the road if their Shimano Crankset "passes" the visual inspection. I have personally inspected approximately a dozen Shimano Cranksets in connection with Shimano's recall. Because it is not safe to send cyclists back out onto the road with these cranksets, I have "failed" every Shimano Crankset I have inspected. That is because there is no way to "pass" the safety inspection through visible examination alone, and I will not send cyclists back out onto the road with a crankset that may spontaneously fail in the future because of the safety risk associated with a crankset failure.

11. The bonding and separation issue with the Shimano Cranksets is not merely a durability issue. It is true that many bicycle components will degrade over

time, but cranksets are not supposed to spontaneously delaminate and break during their useful life, as the Shimano Cranksets are prone to do.

12.  I had new Shimano Cranksets for sale in BG Bike Shop. Because of the safety defect, I pulled the Shimano Cranksets from my store's shelves and returned them to Shimano after Shimano provided me a return merchandise authorization and return label. The Shimano Cranksets are not saleable because they can delaminate and break without warning while in operation.

13.  Shimano represents that their cranksets are durable, reliable, and provide pedaling stability. In the cycling community, these terms are understood as representations about the cranksets' performance <u>and</u> safety. A crankset can only be durable, reliable, and stable if it does not have a tendency to suddenly break, including without warning, during its useful life. And a crankset that suddenly breaks during its useful life is not safe because it can cause a crash.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4/20/2024        By: _____

---

3

DECLARATION OF RODERICK RUSSELL