ROLAND TELLIS (SBN 186269)
**BARON & BUDD, P.C.**
15910 Ventura Blvd., Suite 1600
Encino, California 91436
Telephone: (818) 839-2333
rtellis@baronbudd.com

STEPHEN G. LARSON (SBN 145225)
**LARSON LLP**
555 South Flower Street, 30th Floor
Los Angeles, California 90071
Telephone: (213) 436-4888
slarson@larsonllp.com

JASON L. LICHTMAN (*pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN LLP**
250 Hudson Street
New York, New York 10013
Telephone: (212) 355-9500
jlichtman@lchb.com

*Interim Class Counsel*

*(additional Plaintiffs' counsel appear on the signature block)*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| In re: Shimano Crankset Litigation | Case No.: 8:23-cv-02038-JVS(JDEx) |
| | **NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT AND DIRECTION OF NOTICE UNDER FED. R. CIV. P. 23(e)** |
| | Date: July 28, 2025<br>Time: 1:30 pm<br>Courtroom: 10C<br>Judge: Hon. James V. Selna |

Please take notice that on Monday, July 28, 2025, at 1:30 PM, or as soon thereafter as the matter may be heard in Courtroom 10C of the Ronald Reagan Federal Building and United States Courthouse, 411 West 4th Street, Room 1053, Santa Ana, California 92701, Plaintiffs will, and hereby do, move the Court for an Order preliminarily approving the proposed Settlement in this action and: (1) finding under Rule 23(e)(1) that it is likely to approve the proposed Settlement and certify the Settlement Class; (2) appointing Plaintiffs Steven Adelman, John Bongiovanni, Jose Delgado, Jose Erazo, Dave Gonyer, Jarett Hawkins, Christopher Jennings, Moussa Kouyate, Marcus Lewis, Kevin Litam, Maurice Scorsolini, Dimitri Semizarov, and Mike Tirado, as Class Representatives; (3) appointing Epiq as Settlement Administrator and directing notice to the Settlement Class pursuant to the proposed Notice Program; and (4) scheduling a final approval hearing under Rule 23(e)(2).

This Motion is based on this Notice, as well as the accompanying Memorandum of Law; Joint Declaration of Roland Tellis, Stephen Larson, and Jason Lichtman; the Declaration of Cameron R. Azari, Esq., all other facts the Court may or should take notice of, all filings, records, and proceedings in this case, and any oral argument that the Court may entertain.

Dated:   June 30, 2025          By:   */s/ Roland Tellis*
Roland Tellis (SBN 186269)
Sterling Cluff (SBN 267142)
David Fernandes (SBN 280944)
**BARON & BUDD, P.C.**
15910 Ventura Blvd., Suite 1600
Encino, California 91436
Tel.: (818) 839-2333
rtellis@baronbudd.com
scluff@baronbudd.com
dfernandes@baronbudd.com

Adam J. Levitt*
John E. Tangren*
Daniel R. Ferri*
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Tel.: (312) 214-7900
alevitt@dicellolevitt.com
jtangren@dicellolevitt.com
dferri@dicellolevitt.com

Steven M. Jodlowski (SBN 239074)
**DICELLO LEVITT LLP**
4747 Executive Drive, Second Floor
San Diego, California 92121
Tel.: (619) 923-3939
stevej@dicellolevitt.com

Jason L. Lichtman*
Daniel Seltz*
**LIEFF CABRASER HEIMANN & BERNSTEIN LLP**
250 Hudson Street
New York, New York 10013
Tel.: (212) 355-9500
jlichtman@lchb.com
dseltz@lchb.com

Eric S. Dwoskin*
**DWOSKIN WASDIN LLP**
433 Plaza Real, Suite 275
Boca Raton, Florida 33432
Tel.: (561) 849-8060
edwoskin@dwowas.com

Nicholas F. Wasdin*
**DWOSKIN WASDIN LLP**
110 North Wacker Drive
Chicago, Illinois 60606
Tel.: (312) 343-5361
nwasdin@dwowas.com

Alexander E. Wolfe (SBN 299775)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
280 South Beverly Drive, Penthouse
Beverly Hills, California 90212
Tel.: (872) 365-7060
awolfe@milberg.com

| | |
|---|---|
| 1 | Stephen G. Larson (SBN 145225) |
| 2 | **LARSON LLP**<br>555 South Flower Street, 30th Floor |
| 3 | Los Angeles, California  90071<br>Tel.: (213) 436-4888 |
| 4 | slarson@larsonllp.com |
| 5 | ***Counsel for Plaintiffs and the Proposed Settlement Class*** |
| 6 | *Admitted *pro hac vice* |

3245117.5

- 4 -    NOTICE OF MOTION FOR PRELIMINARY APPROVAL