# Exhibit C

# If you purchased, received, were given and/or owned a Designated Crankset or a bicycle equipped with a Designated Crankset in the United States, you may be eligible to receive benefits from a class action settlement.

*A court has authorized this Notice. This is <u>not</u> a solicitation from a lawyer.*

- A settlement has been reached in a class action lawsuit against Shimano North America Bicycle, Inc. and Shimano North America Holding, Inc. (together, "Shimano"), and Specialized Bicycle Components, Inc., Trek Bicycle Corporation, and Giant Bicycle, Inc. (collectively, "Defendants"). In September 2023, Shimano voluntarily recalled Shimano Hollowtech II cranksets in the United States that had been manufactured before July 2019 (the "Voluntary Recall"). Plaintiffs alleged breaches of warranties, and sought relief in connection with the advertising and marketing of Defendants' products and the alleged inadequacy of the voluntary recall. There are no allegations that Plaintiffs have suffered any physical injuries from the cranksets involved.

- You are a Settlement Class Member entitled to receive benefits under the Settlement if the following Settlement Class definition applies to you: all Persons who purchased, received, were given, and/or owned a Designated Crankset (defined below) in the United States, other than solely for resale purposes. This includes, without limitation, Persons who purchased, received, were given, or owned a bicycle equipped with a Designated Crankset.

- Designated Crankset means any of the following Shimano cranksets manufactured before July 2019: Ultegra FC-6800, Ultegra FC-R8000, Dura-Ace FC-9000, Dura-Ace FC-R9100 and Dura-Ace FC-R9100-P, with any of the following production codes: KF, KG, KH, KI, KJ, KK, KL, LA, LB, LC, LD, LE, LF, LG, LH, LI, LJ, LK, LL, MA, MB, MC, MD, ME, MF, MG, MH, MI, MJ, MK, ML, NA, NB, NC, ND, NE, NF, NG, NH, NI, NJ, NK, NL, OA, OB, OC, OD, OE, OF, OG, OH, OI, OJ, OK, OL, PA, PB, PC, PD, PE, PF, PG, PH, PI, PJ, PK, PL, QA, QB, QC, QD, QE, QF, QG, QH, QI, QJ, QK, QL, RA, RB, RC, RD, RE, and RF.

- If you are a Settlement Class Member, you may be eligible to receive the following Settlement benefits.

    1. **Extended Warranty** – For Designated Cranksets otherwise covered by Shimano's Express Warranty, Shimano will extend the duration of the Express Warranty by two (2) years from [date of Preliminary Approval Order]. This extension applies only to the Express Warranty's coverage of bonding separation and delamination of the Shimano Designated Crankset. Delamination refers to the early stages of separation at the interface (the part where the two parts are bonded together) between the crank set body and cover. Evidence of delamination may include signs of corrosion and breaking. **You do not need to submit a Claim Form to receive extended Express Warranty coverage, it will be extended automatically**.

    2. **Enhanced Inspection** – Under the Voluntary Recall, consumers were advised to contact a retailer in the United States that is authorized by Shimano to conduct inspections (a "Recall Retailer") to schedule a free inspection of Designated Cranksets. Under this Settlement, Shimano agreed to enhance that inspection by: (1) distributing to every Recall Retailer a magnifying device with enhanced lighting; (2) distributing the Approved Enhanced Manual to Recall Retailers; (3) making Shimano employees available to Recall Retailers during normal business hours in California to advise about how to perform inspections; (4) requiring Recall Retailers to affirm that they have reviewed and will utilize all materials provided by Shimano related to the Inspections; (5) instructing Recall Retailers to make certain information available to Settlement Class Members whose Designated Crankset passes an inspection; and (6) providing public outreach regarding the Voluntary Recall; and

3. **Reimbursement of Costs** – Settlement Class Members may submit a Claim Form with supporting documentation to receive reimbursement of reasonable out-of-pocket costs for purchasing a replacement crankset and installing it on their bicycle. Reimbursement is not available if (a) the Designated Crankset was replaced on or after September 21, 2023, or (b) at the time of replacement, the Express Warranty was not expired as to that Designated Crankset. For Ultegra FC-6800 and FC-R8000 Designated Cranksets, the Express Warranty expired two years after the date of original retail purchase. For Dura-Ace FC-9000, R9100, and FC-R9100-P Designated Cranksets, the Express Warranty expired three years after the date of original retail purchase.

**This Notice may affect your rights. Please read it carefully.**

| Your Legal Rights & Options | | Deadline |
|---|---|---|
| **Submit a Claim Form** | The only way for eligible Settlement Class Members to get reimbursement of costs is to submit a timely and valid Claim Form. You do not have to submit a Claim Form to receive the extended warranty. | Submitted or Postmarked by: **MONTH DD, 20YY** |
| **Exclude Yourself** | Get no reimbursement of costs or extended warranty. Keep your right to file a lawsuit against the Released Persons for the Released Claims involved in this Settlement. | Postmarked by: **MONTH DD, 20YY** |
| **Object** | Stay in the Settlement but tell the Court why you do not agree with the Settlement. You will still be bound by the Settlement if the Court approves it. | Postmarked by: **MONTH DD, 20YY** |
| **Do Nothing** | Get no reimbursement of costs but receive the benefits of the extended warranty. | |

- These rights and options—**and the deadlines to exercise them**—are explained in this Notice.
- The Court must still decide whether to approve the Settlement, an Attorneys' Fees Award, and Service Awards. No Settlement benefits will be provided unless the Court approves the Settlement.

## BASIC INFORMATION

### 1. Why is this Notice being provided?

A court authorized this Notice because you have the right to know about the Settlement of this class action lawsuit, and about all of your rights and options, before the Court decides whether to grant final approval of the Settlement. This Notice explains the lawsuit, the Settlement, your legal rights, what Settlement benefits are available, who is eligible for them, and how to get them.

The Honorable James V. Selna of the United States District Court for the Central District of California is overseeing this class action. The lawsuit is known as *In re Shimano Crankset Litigation*, Case No. 8:23-cv-02038-JVS-JDE. The people who filed this lawsuit are called Plaintiffs, and the companies they sued (Shimano North America Bicycle, Inc., Shimano North America Holding, Inc., Specialized Bicycle Components, Inc., Trek Bicycle Corporation, and Giant Bicycle, Inc.) are the Defendants.

### 2. What is this lawsuit about?

The Plaintiffs filed this lawsuit against Defendants on behalf of Settlement Class Members, alleging various legal claims related to the advertising and marketing of Defendants' products and the alleged inadequacy of the Voluntary Recall. In September 2023, Shimano voluntarily recalled Hollowtech II cranksets in the United States that had been manufactured before July 2019. More information regarding the Voluntary Recall is available on the following website https://www.cpsc.gov/Recalls/2023/Shimano-Recalls-Cranksets-for-Bicycles-Due-to-Crash-Hazard.

Questions? Go to www.xxxxxxxxxxxxxx.com or call 1-XXX-XXX-XXXX

2

Defendants deny these allegations and deny any wrongdoing or liability. The Court has not made any determination of any wrongdoing by Defendants or that any law has been violated. Instead, the Plaintiffs and Defendants have agreed to a settlement to avoid the risk, cost, and time of continuing the lawsuit.

### 3. Why is the lawsuit a class action?

In a class action, one or more people called Class Representatives sue on behalf of other people who have similar legal claims. Together, the people are a class or class members. One court resolves the issues for all class members, except for those class members who timely exclude themselves (opt-out) from the class.

### 4. Why is there a Settlement?

The Plaintiffs and Defendants do not agree about the legal claims made in this lawsuit. The lawsuit has not gone to trial, and the Court has not decided in favor of the Plaintiffs or Defendants. Instead, the Plaintiffs and Defendants have agreed to settle the lawsuit. The Class Representatives and their lawyers believe the Settlement is best for Settlement Class Members because of the Settlement benefits available and the risks and uncertainty associated with continuing the lawsuit.

## WHO IS INCLUDED IN THE SETTLEMENT

### 5. How do I know if I am part of the Settlement?

You are a Settlement Class Member if the following Settlement Class definition applies to you: all Persons (except Excluded Persons) who purchased, received, were given, and/or owned a Designated Crankset in the United States, other than solely for resale purposes. This includes, without limitation, Persons who purchased, received, were given, or owned a bicycle equipped with a Designated Crankset.

The Settlement defines "Person" as any individual, corporation, partnership, limited partnership, limited liability company, association, joint stock company, estate, legal representative, trust, unincorporated association, government or any political subdivision or agency thereof, and any business or legal entity and their spouses, heirs, predecessors, successors, representatives, or assigns.

The Settlement defines "Excluded Persons" as the judge presiding over the lawsuit, that judge's court staff, that judge's immediate family members, and Persons who validly exclude themselves from the Settlement Class.

### 6. Which products are included in the Settlement?

Designated Crankset means any of the following cranksets: Ultegra FC-6800, Ultegra FC-R8000, Dura-Ace FC-9000, Dura-Ace FC-R9100 and Dura-Ace FC-R9100-P, with any of the following production codes: KF, KG, KH, KI, KJ, KK, KL, LA, LB, LC, LD, LE, LF, LG, LH, LI, LJ, LK, LL, MA, MB, MC, MD, ME, MF, MG, MH, MI, MJ, MK, ML, NA, NB, NC, ND, NE, NF, NG, NH, NI, NJ, NK, NL, OA, OB, OC, OD, OE, OF, OG, OH, OI, OJ, OK, OL, PA, PB, PC, PD, PE, PF, PG, PH, PI, PJ, PK, PL, QA, QB, QC, QD, QE, QF, QG, QH, QI, QJ, QK, QL, RA, RB, RC, RD, RE, and RF.

Photographs of the Designated Cranksets and where to locate the production codes are available at https://www.cpsc.gov/Recalls/2023/Shimano-Recalls-Cranksets-for-Bicycles-Due-to-Crash-Hazard.

### 7. What if I am still not sure whether I am part of the Settlement?

If you are still not sure whether you are a Settlement Class Member, you may go to www.XXXXXXXXXXX.com or call toll-free at 1-XXX-XXX-XXXX.

Questions? Go to www.xxxxxxxxxxxxxxx.com or call 1-XXX-XXX-XXXX

3

# THE SETTLEMENT BENEFITS—WHAT YOU GET IF YOU QUALIFY

### 8. What does the Settlement provide?

**Extended Warranty –** For Designated Cranksets otherwise covered by Shimano's Express Warranty, Shimano will extend the duration of the Express Warranty by two (2) years from [date of Preliminary Approval Order]. This extension applies only to the Express Warranty's coverage of bonding separation and delamination. Delamination refers to the early stages of separation at the interface (the part where the two parts are bonded together) between the crank set body and cover. Evidence of delamination may include signs of corrosion and breaking. **You do not need to submit a Claim Form to receive extended Express Warranty coverage, it will be extended automatically**.

**Enhanced Inspections** – Shimano will (1) distribute a magnifying device with enhanced lighting to every Recall Retailer free of charge; (2) distribute an Approved Enhanced Manual to Recall Retailers; (3) make Shimano employees available to Recall Retailers during normal business hours in California to advise about how to perform inspections; (3) require Recall Retailers to affirm that they have reviewed and will utilize all materials provided by Shimano related to the Inspections; (4) instruct Recall Retailers to make certain information available to Settlement Class Members whose Designated Crankset passes an inspection, which information describes what to watch, listen, and feel for as indicators of conditions that could lead to bonding separation, delamination, or breakage; and (5) provide public outreach to maximize Settlement Class Members' participation in the Voluntary Recall.

**Reimbursement of Costs** – You may submit a Claim Form with supporting documentation to receive reimbursement of reasonable out-of-pocket costs for purchasing a replacement crankset and installing it on your bicycle, if you replaced your Designed Crankset because it separated, delaminated, or exhibited evidence of delamination or separation.

Reimbursement is not available if (a) the Designated Crankset was replaced on or after September 21, 2023, or (b) at the time of replacement, the Express Warranty was not expired as to that Designated Crankset. For Ultegra FC-6800 and FC-R8000 Designated Cranksets, the Express Warranty expired two years after the date of original retail purchase. For Dura-Ace FC-9000, R9100, and FC-R9100-P Designated Cranksets, the Express Warranty expired three years after the date of original retail purchase.

**You must submit your documented reimbursement claim to the Settlement Administrator within one (1) year of the Preliminary Approval Order.**

### 9. What can I get from the Settlement?

If you are a Settlement Class Member, you may be eligible to receive the following Settlement benefits.

**Extended Warranty –** For any Designated Cranksets otherwise covered by Shimano's Express Warranty, Shimano will extend the duration of the Express Warranty by two (2) years from the date of the Preliminary Approval Order. This extension applies only to the Express Warranty's coverage of bonding separation and delamination. Delamination refers to the early stages of separation at the interface (the part where the two parts are bonded together) between the crank set body and cover.

You do not need to submit a Claim Form to receive extended Express Warranty coverage. To review the Express Warranty Policy, visit https://ride.shimano.com/pages/shimano-warranty-policy.

**Reimbursement of Costs** – You may submit a Claim Form with supporting documentation to receive reimbursement of reasonable out-of-pocket costs for purchasing a replacement crankset and installing it on your bicycle, if you replaced your Designed Crankset because it separated, delaminated, or exhibited evidence of delamination or separation.

Questions? Go to www.xxxxxxxxxxxxxxx.com or call 1-XXX-XXX-XXXX

4

Reimbursement is not available if (a) the Designated Crankset was replaced on or after September 21, 2023, or (b) at the time of replacement, the Express Warranty was not expired as to that Designated Crankset. For Ultegra FC-6800 and FC-R8000 Designated Cranksets, the Express Warranty expired two years after the date of original retail purchase. For Dura-Ace FC-9000, R9100, and FC-R9100-P Designated Cranksets, the Express Warranty expired three years after the date of original retail purchase.

**You must submit your documented reimbursement claim to the Settlement Administrator within one (1) year of the Preliminary Approval Order.**

### 10. What am I giving up to receive Settlement benefits or stay in the Settlement Class?

Unless you exclude yourself (opt-out), you will remain in the Settlement Class. If the Settlement is approved and becomes final, all the Court's orders and judgments will apply to you and legally bind you. You will not be able to sue, continue to sue, or be part of any other lawsuit against Defendants and the Released Persons about the legal claims in this lawsuit that are released by the Settlement Agreement. The rights you are giving up are called "Released Claims." If you remain a Settlement Class Member, you may file a Claim Form for reimbursement of costs.

### 11. What are the Released Claims?

Sections 2 and 5 of the Settlement Agreement describe the Releases, Released Claims, and Released Persons, in necessary legal terminology, so please read those sections carefully. The Settlement Agreement is available at www.XXXXXXXXXXX.com. For questions regarding the Releases, Released Claims, or Released Persons and what the language in the Settlement Agreement means, you can also contact Class Counsel listed below for free, or you can talk to your own lawyer at your own expense.

## HOW TO GET BENEFITS FROM THE SETTLEMENT

### 12. How do I submit a Claim Form?

You must submit a timely and valid Claim Form with supporting documentation to receive reimbursement of reasonable out-of-pocket costs for purchasing a replacement crankset and installing it on your bicycle, if you replaced your Designed Crankset because it separated, delaminated, or exhibited evidence of delamination or separation.

Reimbursement is not available if (a) the Designated Crankset was replaced on or after September 21, 2023, or (b) at the time of replacement, the Express Warranty was not expired as to that Designated Crankset. For Ultegra FC-6800 and FC-R8000 Designated Cranksets, the Express Warranty expired two years after the date of original retail purchase. For Dura-Ace FC-9000, R9100, and FC-R9100-P Designated Cranksets, the Express Warranty expired three years after the date of original retail purchase.

Your Claim Form must be submitted online at www.XXXXXXXX.com by **MONTH DD, 20YY**, or mailed to the Settlement Administrator at the address on the Claim Form, **postmarked** by **Month DD, 20YY**. Claim Forms are also available at www.XXXXXXXX.com or by calling 1-XXX-XXX-XXXX or by writing to:

*In re Shimano Crankset Litigation*
Settlement Administrator
PO Box XXXX
Portland, OR 972XX-XXXX

Questions? Go to www.xxxxxxxxxxxxxx.com or call 1-XXX-XXX-XXXX

5

You do not need to submit a Claim Form to receive extended Express Warranty coverage, it will be extended automatically.

### 13. What happens if my contact information changes after I submit a Claim Form?

If you change your mailing address or email address after you submit a Claim Form, it is your responsibility to inform the Settlement Administrator of your updated information. You may notify the Settlement Administrator of any changes at:

*In re Shimano Crankset Litigation*
Settlement Administrator
PO Box XXXX
Portland, OR 972XX-XXXX

### 14. When will I receive my reimbursed costs?

If you file a timely and valid Claim Form, reimbursement of your costs will be provided to you by the Settlement Administrator after the Settlement is approved by the Court and becomes final.

It may take time for the Settlement to be approved and become final. Please be patient and check www.XXXXXXXX.com for updates.

## THE LAWYERS REPRESENTING YOU

### 15. Do I have a lawyer in this lawsuit?

Yes, the Court has appointed Roland Tellis of Baron & Budd, P.C., Jason L. Lichtman of Lieff Cabraser Heimann & Bernstein LLP, and Stephen Larson of Larson LLP as Class Counsel to represent you and the Settlement Class for the purposes of this Settlement. You will not be charged for Class Counsel. If you want to be represented by your own lawyer, you may hire one at your own expense.

### 16. How will Class Counsel be paid?

Class Counsel will file a motion asking the Court to award attorneys' fees and reimbursement of costs. Class Counsel will also ask the Court to approve Service Awards up to $500 for each Class Representative for their time and effort bringing the lawsuit and serving as Class Representatives. If awarded by the Court, attorneys' fees and reimbursement of costs and the Service Awards will be paid directly by Defendants. The Court may award less than the amounts requested for attorneys' fees, reimbursement of costs, and Service Awards.

Once Class Counsel files a motion for attorneys' fees, reimbursement of costs, and Service Awards, it will be posted on the Settlement Website at www.XXXXXXXX.com.

## EXCLUDING YOURSELF FROM THE SETTLEMENT

If you do not want the benefits of an extended warranty or reimbursed costs from this Settlement, but you instead want to keep the right to sue or continue to sue Defendants and the Released Persons on your own, about the legal issues in this lawsuit, then you must take steps to get out of the Settlement. This is called excluding yourself from—or "opting out" of—the Settlement.

### 17. How do I get out of the Settlement?

To exclude yourself from the Settlement, you must send a written request for exclusion by email, U.S. mail or shipped by private courier (such as Federal Express), which includes the following:

Questions? Go to www.xxxxxxxxxxxxxx.com or call 1-XXX-XXX-XXXX

6

1. Your full name;
2. The serial number of your Designated Crankset(s); and
3. A clear statement that you want to be excluded from the Settlement Class, such as "I hereby request to be excluded from the Settlement Class in *In re Shimano Crankset Litigation*, Case No. 8:23-cv-02038-JVS-JDE."

The exclusion request must be mailed to the Settlement Administrator at the following address and **postmarked** by no later than **MONTH DD, 20YY**:

*In re Shimano Crankset Litigation*
Settlement Administrator
PO Box XXXX
Portland, OR 972XX-XXXX

You may also email your exclusion request to the Settlement Administrator, which email must be **received** by no later than **MONTH DD, 20YY**, at XXXX@XXXXXX.com.

**You cannot exclude yourself by telephone.**

"Mass" or "class" requests for exclusion filed by third parties on behalf of a "mass" or "class" of Settlement Class Members or multiple Settlement Class Members where the opt-out has not been signed by each and every individual Settlement Class Member will not be allowed.

### 18. If I exclude myself, can I get reimbursed for my costs from the Settlement or receive the benefits of the Extended Warranty?

No. If you exclude yourself, you will not be reimbursed for reasonable out-of-pocket costs for purchasing a replacement crankset and installing it on your bicycle, and you will not receive the benefits of the Extended Warranty. You can only get reimbursement for your costs if you stay in the Settlement and submit a timely and valid Claim Form.

### 19. If I do not exclude myself, can I sue Defendants for the same thing later?

No. Unless you exclude yourself, you give up any right to sue Defendants and the Released Persons about the legal claims that are released by the Settlement. You must exclude yourself from this lawsuit to start or continue with your own lawsuit or be part of any other lawsuit against Defendants and the Released Persons about the Released Claims in this lawsuit. If you have a pending lawsuit, speak to your lawyer in that lawsuit immediately.

## OBJECTING TO THE SETTLEMENT

### 20. How do I tell the Court that I do not like the Settlement?

If you are a Settlement Class Member, you may object to the Settlement, including the requested Attorneys' Fees Award and Service Awards, by filing an objection. You cannot ask the Court to order a different settlement; the Court can only approve or reject the current Settlement. If the Court denies approval, the lawsuit will continue.

To object, you must mail your written objection to Class Counsel and Defendants' Counsel, **postmarked** by **MONTH DD, 20YY**, stating you object to the Settlement in *In re Shimano Crankset Litigation*, Case No. 8:23-cv-02038-JVS-JDE.

To submit an objection, you cannot exclude yourself from the Settlement Class. Your objection must include the following information:

**Questions? Go to www.xxxxxxxxxxxxxx.com or call 1-XXX-XXX-XXXX**

7

1. The case name and number - *In re Shimano Crankset Litigation*, Case No. 8:23-cv-02038-JVS-JDE;
2. Your full name, current address, and current telephone number;
3. The serial number of your Designated Crankset(s);
4. A statement of the objection(s), including all factual and legal grounds for your position;
5. Copies of any documents you wish to submit in support of your objection;
6. The name and address of any lawyer(s) representing you in making the objection or who may be entitled to compensation in connection with the objection;
7. A statement of whether you intend to appear at the Final Approval Hearing, either with or without your lawyer;
8. The identity of all lawyers (if any) who will appear on your behalf at the Final Approval Hearing and all persons (if any) who will be called to testify in support of your objection; and
9. Your signature, in addition to the signature of any lawyer(s) representing you in connection with the objection, and date of the objection.

**Appearing at the Final Approval Hearing.** If you want to appear, in person or by your lawyer, at the Final Approval Hearing to object to the Settlement, <u>you must state that in your written objection</u>. If you do not file a timely written objection in the manner specified above, you will waive any objections and can be barred from speaking or otherwise presenting any views at the Final Approval Hearing. If you are not a Settlement Class Member, you may not object to the Settlement.

The Parties may seek discovery from an objecting Settlement Class Member regarding the basis for an objection, to allow them to appropriately respond to the objection. Failure by the objecting Settlement Class Member to make themselves available for a deposition or comply with discovery requests may result in the Court striking the Settlement Class Member's objection and otherwise denying that Settlement Class Member the opportunity to be heard.

To object, you must mail your timely written objection to Class Counsel and Defendants' Counsel, **postmarked** by **MONTH DD, 20YY**, at the following addresses:

| CLASS COUNSEL | DEFENDANTS' COUNSEL |
|---|---|
| Roland Tellis<br>Baron & Budd, P.C.<br>15910 Ventura Blvd., Suite 1600<br>Encino, CA 91436<br><br>Jason L. Lichtman<br>Lieff Cabraser Heimann & Bernstein LLP<br>250 Hudson St.<br>New York, NY 10013<br><br>Stephen Larson<br>Larson LLP<br>555 South Flower St., 30th Floor<br>Los Angeles, CA 90071 | Gregory Stone<br>Munger, Tolles & Olson LLP<br>350 South Grand Ave.<br>50th Floor<br>Los Angeles, CA 90039<br><br>L. Ashley Aull<br>Munger, Tolles & Olson LLP<br>350 South Grand Ave.<br>50th Floor<br>Los Angeles, CA 90039 |

### 21. What is the difference between objecting and asking to be excluded?

Objecting is simply telling the Court you do not like something about the Settlement. Requesting exclusion (opting out) is telling the Court you do not want to be part of the Settlement Class or the Settlement. If you exclude yourself, you cannot object to the Settlement.

Questions? Go to www.xxxxxxxxxxxxxxx.com or call 1-XXX-XXX-XXXX

8

# THE FINAL APPROVAL HEARING

### 22. When and where will the Court decide whether to approve the Settlement?

The Court will hold a Final Approval Hearing on **MONTH DD, 20YY at XX:XX a.m./p.m.** before the Honorable James V. Selna, Ronald Reagan Federal Building and U.S. Courthouse, 411 West 4th Street, Courtroom 10C, Santa Ana, CA 92701. At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate, and decide whether to approve the Settlement, Class Counsel's attorneys' fees and costs, and Service Awards.

If there are objections, the Court will consider them. If you submit a timely, written objection, and you would like to appear at the hearing, you must indicate in your written objection that you wish to appear at the Final Approval Hearing to object to the Settlement.

**Note:** The date and time of the Final Approval Hearing are subject to change without further notice to the Settlement Class. The Court may also decide to hold the hearing via video conference or by telephone. You should check the Settlement Website www.XXXXXXXXX.com to confirm the date and time of the Final Approval Hearing have not changed.

### 23. Do I have to attend the Final Approval Hearing?

No. Class Counsel will answer any questions the Court may have. However, you are welcome to attend at your own expense. If you submit an objection, you do not have to attend the Final Approval Hearing to speak about it. As long as you submit your written objection by the deadline, the Court will consider it.

### 24. May I appear at the Final Approval Hearing?

If there are objections filed by the deadline, the Court will consider them. If you file a timely objection, you (or your lawyer) may ask to appear at the hearing, and the Court may hear objections at the hearing.

# IF YOU DO NOTHING

### 25. What happens if I do nothing at all?

If you are a Settlement Class Member and you do nothing, you will not be reimbursed for your costs for replacement and installation. You will give up your right to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against the Released Persons about the legal claims that are released by the Settlement.

# GETTING MORE INFORMATION

### 26. How do I get more information?

This Notice summarizes the Settlement. Complete details about the Settlement are provided in the Settlement Agreement. The Settlement Agreement and other related documents are available at www.XXXXXXX.com. You may get additional information at www.XXXXXXXX.com, by calling toll-free 1-XXX-XXX-XXXX, or by writing to:

*In re Shimano Crankset Litigation*
Settlement Administrator
PO Box XXXX
Portland, OR 972XX-XXXX

**PLEASE DO NOT TELEPHONE THE COURT OR THE COURT CLERK'S OFFICE REGARDING THIS NOTICE, THE SETTLEMENT OR THE CLAIM PROCESS.**

**Questions? Go to www.xxxxxxxxxxxxxxx.com or call 1-XXX-XXX-XXXX**