# Exhibit E

**Must be postmarked or submitted online NO LATER THAN MONTH DD, 20YY**

In re Shimano Crankset Litigation
Settlement Administrator
PO Box XXXX
Portland, OR 972XX XXXX
**www.xxxxxxxxxxxxxxx.com**

## *In re Shimano Crankset Litigation* Claim Form

- A settlement has been reached in a class action lawsuit against Shimano North America Bicycle, Inc. and Shimano North America Holding, Inc. (together, "Shimano"), and Specialized Bicycle Components, Inc., Trek Bicycle Corporation, and Giant Bicycle, Inc. (collectively, "Defendants"). In September 2023, Shimano voluntarily recalled Shimano Hollowtech II cranksets in the United States that had been manufactured before July 2019 (the "Voluntary Recall"). Plaintiffs alleged breaches of warranties, and sought relief in connection with the advertising and marketing of Defendants' products and the alleged inadequacy of the voluntary recall. There are no allegations that Plaintiffs have suffered any physical injuries from the cranksets involved.

- You are a Settlement Class Member entitled to receive benefits under the Settlement if the following Settlement Class definition applies to you: all Persons who purchased, received, were given, and/or owned a Designated Crankset (defined below) in the United States, other than solely for resale purposes. This includes, without limitation, Persons who purchased, received, were given, or owned a bicycle equipped with a Designated Crankset.

- Designated Crankset means any of the following Shimano cranksets manufactured before July 2019: Ultegra FC-6800, Ultegra FC-R8000, Dura-Ace FC-9000, Dura-Ace FC-R9100 and Dura-Ace FC-R9100-P, with any of the following production codes: KF, KG, KH, KI, KJ, KK, KL, LA, LB, LC, LD, LE, LF, LG, LH, LI, LJ, LK, LL, MA, MB, MC, MD, ME, MF, MG, MH, MI, MJ, MK, ML, NA, NB, NC, ND, NE, NF, NG, NH, NI, NJ, NK, NL, OA, OB, OC, OD, OE, OF, OG, OH, OI, OJ, OK, OL, PA, PB, PC, PD, PE, PF, PG, PH, PI, PJ, PK, PL, QA, QB, QC, QD, QE, QF, QG, QH, QI, QJ, QK, QL, RA, RB, RC, RD, RE, and RF.

  Photographs of the Designated Cranksets and where to locate the production codes are available at https://www.cpsc.gov/Recalls/2023/Shimano-Recalls-Cranksets-for-Bicycles-Due-to-Crash-Hazard.

- If you are a Settlement Class Member, you may submit a Claim Form, with documentation of your reasonable out-of-pocket costs incurred in purchasing a replacement crankset and having it installed on your bicycle, if you replaced your Designated Crankset because it separated, delaminated, or exhibited evidence of delamination or separation. Evidence of delamination may include signs of corrosion and breaking.

  Reimbursement is not available if (a) the Designated Crankset was replaced on or after September 21, 2023, <u>or</u> (b) at the time of replacement, the Express Warranty was not expired as to that Designated Crankset. For Ultegra FC-6800 and FC-R8000 Designated Cranksets, the Express Warranty expired two years after the date of original retail purchase. For Dura-Ace FC-9000, R9100, and FC-R9100-P Designated Cranksets, the Express Warranty expired three years after the date of original retail purchase.

55296341.1

## INSTRUCTIONS FOR COMPLETING CLAIM FORM

You must submit a timely and valid Claim Form for reimbursement of costs as described above, including supporting documentation described below. Your Claim Form must be submitted online at www.XXXXXXXX.com by **MONTH DD, 20YY**, or mailed to the Settlement Administrator at the address above, **postmarked** by **Month DD, 20YY**.

## CONTACT INFORMATION

**Claimant Information**

First Name: ☐☐☐☐☐☐☐☐☐☐☐☐☐☐   MI: ☐   Last Name: ☐☐☐☐☐☐☐☐☐☐☐☐☐☐

Address: ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

City: ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐   State: ☐☐   ZIP Code: ☐☐☐☐☐

Daytime Phone Number: ☐☐☐ – ☐☐☐ – ☐☐☐☐   Evening Phone Number: ☐☐☐ – ☐☐☐ – ☐☐☐☐

E-mail Address: ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

## DESIGNATED CRANKSET INFORMATION

Crankset Model (*Check One*)
☐ Ultegra FC-6800 or FC-R8000
☐ Dura-Ace FC-9000, FC-R9100, or FC-R9100-P

Production Code (If known) ☐☐

Photographs of the Designated Cranksets and where to locate the production codes are available at https://www.cpsc.gov/Recalls/2023/Shimano-Recalls-Cranksets-for-Bicycles-Due-to-Crash-Hazard.

Original Retail Purchase Date of Designated Crankset (or Bicycle Equipped with Designated Crankset):
☐☐ - ☐☐ - ☐☐☐☐
MM     DD     YYYY

Was the Designated Crankset (or Bicycle Equipped with Designated Crankset) purchased for resale purposes? Yes ☐ No ☐

55296341.1

## REPLACEMENT CRANKSET INFORMATION

Replacement Crankset Make & Model

_____

Purchase Date of Replacement Crankset

☐☐ - ☐☐ - ☐☐☐☐
MM    DD    YYYY

Cost of Replacement Crankset

$☐☐☐☐ . ☐☐

Cost of Installation

$☐☐☐☐ . ☐☐

Reason for Replacing Designated Crankset

_____
_____
_____
_____

55296341.1

## DOCUMENTATION REQUIREMENT

To be eligible for reimbursement of out-of-pocket expenses related to the replacement of a Designated Crankset and its installation, you must provide certain documentation.

First, you must provide documentation establishing the original retail purchase of the Designated Crankset (or Bicycle Equipped with Designated Crankset) that you later replaced.  Acceptable forms of documentation include:

- An invoice or receipt reflecting the original retail purchase of your Designated Crankset or Bicycle Equipped with Designated Crankset before July 2019; or
- An invoice or receipt reflecting the original retail purchase of your Designated Crankset or Bicycle Equipped With Designated Crankset in July 2019 or after, which document reflects the Designated Crankset's production code; or
- A photograph of your Designated Crankset showing the serial number and production code.

If you are unable to locate any such documentation, you may submit a declaration under the penalty of perjury, in the form attached in Exhibit A.

Second, you must provide documentation establishing out-of-pocket costs associated with replacing your Designated Crankset.  Acceptable forms of documentation are:

- Invoices or receipts reflecting the purchase of your replacement crankset and/or any installation costs, including the date of such purchase; or
- Other documentation that clearly demonstrates payment was made for a replacement crankset and/or installation of the replacement crankset, including the date of such payment.

Please list and briefly describe the documents you are submitting to support your reimbursement claim.

_____
_____
_____
_____

## PAYMENT SELECTION

Please select one of the following payment options, which will be used should you be eligible to receive a settlement payment:

☐    PayPal – Enter the mobile number or email associated with your PayPal account:

☐    Venmo – Enter the mobile number or email associated with your Venmo account:

☐    Zelle – Enter the mobile number or email associated with your Zelle account:

☐    Physical Check - Payment will be mailed to the address provided above.

55296341.1

## SIGNATURE

I declare under penalty of perjury under the laws of the United States of America that the foregoing information I have supplied in this *Claim Form* and any copies of documents that I am sending to support my claim are true and correct to the best of my knowledge.

I understand that I may be asked to provide more information or documentation by the Settlement Administrator before my claim is complete.  I understand that the failure to provide the requested information or documentation may result in the denial of my claim.

_____
**Signature**

**Date:** ☐☐ - ☐☐ - ☐☐☐☐
MM     DD     YYYY

_____
**Print Name**

55296341.1

**EXHIBIT A:**
**Declaration Under Penalty of Perjury**
**(If Applicable)**

**Directions:**  If you have been unable, after a diligent search, to identify documentation establishing your ownership of and the original retail purchase date of the Designated Crankset (or Bicycle Equipped With Designated Crankset) that you later replaced, you may fill out this declaration to support your claim.

1. I, _____ [*insert full name*] previously owned a Shimano _____ [*insert model name*] crankset ("Designated Crankset").

2. To the best of my knowledge, the date of original retail purchase of the Designated Crankset was _____ [*insert specific date*].

   a. [If applicable] The Designated Crankset was purchased as part of a complete bicycle, of the following make and model: _____ [*insert description of bicycle/model*] ("Bicycle Equipped with Designated Crankset").

3. The Designated Crankset (or Bicycle Equipped with Designated Crankset) was purchased from _____ [*insert name of retail establishment*]. The address (or website address) of that retail establishment is _____ [*insert physical address and/or website*].

4. I have searched diligently for receipts, invoices, photographs, and other documents showing my ownership and the original retail purchase date of the Designated Crankset. Despite my efforts, I have been unable to find such documentation.

5. I have attempted to contact the retail establishment from which the Designated Crankset (or Bicycle Equipped with Designated Crankset) was purchased, but have been unable to obtain an invoice or other documentation supporting my claim.

6. I replaced the Designated Crankset on _____ [*insert specific date*], because:

   _____
   _____
   _____
   _____
   _____
   [*describe circumstances that led to you replacing the crankset*].

7. I understand the Settlement Administrator and/or the Parties may contact the retail establishment from which I purchased the Designated Crankset (or Bicycle Equipped with Designated Crankset) to confirm its purchase.

8. I make this declaration under penalty of perjury, signed on _____ [*insert today's date*] _____ [*insert city and state*].

_____
Signature

55296341.1