ROLAND TELLIS (SBN 186269)
**BARON & BUDD, P.C.**
15910 Ventura Blvd., Suite 1600
Encino, California 91436
Telephone: (818) 839-2333
rtellis@baronbudd.com

STEPHEN G. LARSON (SBN 145225)
**LARSON LLP**
555 South Flower Street, 30th Floor
Los Angeles, California 90071
Telephone: (213) 436-4888
slarson@larsonllp.com

JASON L. LICHTMAN (*pro hac vice*)
**LIEFF CABRASER HEIMANN &
BERNSTEIN LLP**
250 Hudson Street
New York, New York 10013
Telephone: (212) 355-9500
jlichtman@lchb.com

*Class Counsel*

*(additional Plaintiffs' counsel appear on the
signature block)*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| In re: Shimano Crankset Litigation | Case No.: 8:23-cv-02038-JVS(JDEx) |
| | **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT** |
| | Date: February 2, 2026<br>Time: 1:30 p.m.<br>Courtroom: 10C<br>Judge: Hon. James V. Selna |

1    **PLEASE TAKE NOTICE** that at 1:30 p.m. on February 2, 2026, or as soon

2    thereafter as the matter may be heard, in the courtroom of the Honorable James V.

3    Selna, located at the Ronald Reagan Federal Building and U.S. Courthouse, 411

4    West 4th Street, Courtroom 10C, Santa Ana, California 92701, Plaintiffs Steven

5    Adelman, Jose Delgado, Jose Erazo, Dave Gonyer, Jarett Hawkins, Christopher

6    Jennings, Moussa Kouyate, Marcus Lewis, Kevin Litam, Maurice Scorsolini,

7    Dimitri Semizarov, and Mike Tirado ("Plaintiffs") will, and hereby do, move for an

8    order of the Court to finally approve the class action Settlement and reaffirm its

9    certification of the Settlement Class.

10       Plaintiffs' unopposed Motion is based on this Notice; the accompanying

11    Memorandum of Law; the Joint Declaration of Roland Tellis, Stephen Larson, and

12    Jason Lichtman in Support of Motion for Final Approval of Class Action

13    Settlement; the Declaration of Jeffrey H. Kinrich; the Declaration of Cameron R.

14    Azari, Esq. Regarding Implementation and Adequacy of Notice Plan; all other facts

15    the Court may or should take notice of, all filings, records, and proceedings in this

16    case, and any oral argument that the Court may entertain.

17

18    Dated: November 18, 2025    By:    */s/ Roland Tellis*_____

19        Roland Tellis (SBN 186269)
         David Fernandes (SBN 280944)
20        Sterling Cluff (SBN 267142)
         **BARON & BUDD, P.C.** 15910
21        Ventura Blvd., Suite 1600
         Encino, California 91436
22        Tel.: (818) 839-2333
         rtellis@baronbudd.com
23        scluff@baronbudd.com
         dfernandes@baronbudd.com

24

25

26

27

28

1    Adam J. Levitt*
     John E. Tangren*
2    Daniel R. Ferri*
     **DICELLO LEVITT LLP**
3    Ten North Dearborn Street, Sixth Floor
     Chicago, Illinois 60602
4    Tel.: (312) 214-7900
     alevitt@dicellolevitt.com
5    jtangren@dicellolevitt.com
     dferri@dicellolevitt.com
6
     Steven M. Jodlowski (SBN 239074)
7    **DICELLO LEVITT LLP**
     4747 Executive Drive, Second Floor
8    San Diego, California 92121
     Tel.: (619) 923-3939
9    stevej@dicellolevitt.com

10   Jason L. Lichtman*
     Daniel Seltz*
11   **LIEFF CABRASER HEIMANN &
     BERNSTEIN LLP**
12   250 Hudson Street
     New York, New York 10013
13   Tel.: (212) 355-9500
     jlichtman@lchb.com
14   dseltz@lchb.com

15   Eric S. Dwoskin*
     **DWOSKIN WASDIN LLP**
16   433 Plaza Real, Suite 275
     Boca Raton, Florida 33432
17   Tel.: (561) 849-8060
     edwoskin@dwowas.com
18
     Nicholas F. Wasdin*
19   **DWOSKIN WASDIN LLP**
     110 North Wacker Drive
20   Chicago, Illinois 60606
     Tel.: (312) 343-5361
21   nwasdin@dwowas.com

22   Alexander E. Wolfe (SBN 299775)
     **MILBERG COLEMAN BRYSON
23   PHILLIPS GROSSMAN PLLC**
     280 South Beverly Drive, Penthouse
24   Beverly Hills, California 90212
     Tel.: (872) 365-7060
25   awolfe@milberg.com

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stephen G. Larson (SBN 145225)
**LARSON LLP**
555 South Flower Street, 30th Floor
Los Angeles, California 90071
Tel.: (213) 436-4888
slarson@larsonllp.com

*Counsel for Plaintiffs and the Proposed
Settlement Class*

*Admitted pro hac vice

PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR
FINAL APPROVAL OF CLASS SETTLEMENT\
Case No. 8:23-cv-02038-JVS(JDEx)